UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARIUS HARRIS,<br><br>          Plaintiff,<br><br>     v.<br><br>DR. DENNIS LARSON, DR. VIPIN SHAH, GARY GERST, DAN VAREL, ZACHARY ROECKEMAN and UNKNOWN REGIONAL DIRECTOR OF WEXFORD HEALTH SOURCES, INC.,<br><br>          Defendants. | No. 15-cv-252-JPG-DGW |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 38) of Magistrate Judge Donald G. Wilkerson recommending that the Court deny as moot plaintiff Darius Harris' motion for a preliminary injunction (Doc. 2) in light of the fact that he has been scheduled to be given the relief (an MRI) he seeks in the motion.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 38); and
- **DENIES as moot** Harris' motion for a preliminary injunction (Doc. 2).

**IT IS SO ORDERED.**
**DATED:  July 24, 2015**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**