UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARIUS HARRIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. DENNIS LARSON, DR. VIPIN SHAH, GARY GERST, DAN VAREL, ZACHARY ROECKEMAN, WEXFORD HEALTH SOURCES, INC., NURSE L. BRADBURY, DR. RITZ, LESLIE MCCARTHY, GLADYSE C. TAYLOR and ILLINOIS DEPARTMENT OF CORRECTIONS,<br><br>　　　　Defendants. | No. 15-cv-252-JPG-DGW |

## MEMORANDUM AND ORDER

　　　This matter comes before the Court for case management purposes. In a December 8, 2015, order (Doc. 64), the Court gave plaintiff Darius Harris 90 days to file the affidavit required by 735 ILCS § 5/2-622(a) to support Count 4 against defendants Dr. Larson and Dr. Shah and Count 7 against defendants Gladyse C. Taylor and Wexford Health Sources, Inc. The Court further warned Harris that his failure to file a timely and adequate report may result in dismissal of Counts 4 and 7 without further warning. That deadline has passed, and Harris has not filed the required affidavit. Accordingly, as it warned it would do, the Court **DISMISSES without prejudice** Count 4 against defendants Dr. Larson and Dr. Shah and Count 7 against defendants Gladyse C. Taylor and Wexford Health Sources, Inc. and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case. Defendants Gladyse C. Taylor and Wexford Health Sources, Inc. are terminated from this case.

IT IS SO ORDERED.
DATED:  March 17, 2016

　　　　　　　　　　　　　　　　　　　s/ J. Phil Gilbert
　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**